UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN HERNANDEZ,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>NEIL MCDOWELL,<br><br>　　　　　　　Respondent. | Case No. 2:22-cv-06444-MCS (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the report to which the parties have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that:

(1) the Petition is **DENIED**; and

(2) judgment be entered dismissing the action with prejudice.

Dated: May 28, 2025

_____
HONORABLE MARK C. SCARSI
United States District Judge