JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN HERNANDEZ, <br><br> Petitioner, <br><br> v. <br><br> NEIL MCDOWELL, <br><br> Respondent. | Case No. 2:22-cv-06444-MCS (MAR) <br><br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: May 28, 2025

*/s/ Mark C. Scarsi*

HONORABLE MARK C. SCARSI
United States District Judge